UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MIRIAM HERNANDEZ ESPINOSA AND ESTEBAN O. ESPINOSA** | § § § | Docket No. 2:23-cv-03185 |
| **Versus** | § § § § | Judge: LANCE M AFRICK |
| **STATE FARM FIRE & CASUALTY COMPANY** | § § § | Magistrate Judge: MICHAEL NORTH |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss With Prejudice for the reasons set forth below.

1. Plaintiffs, MIRIAM HERNANDEZ ESPINOSA AND ESTEBAN O. ESPINOSA, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiffs;

4. On August 07, 2023, in an abundance of caution and in order to preserve Plaintiffs's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the claim any further. On December 13th, 2023, Galindo Law sent a dismissal letter to Plaintiffs. As of that date, no communication has been made with Plaintiffs.

Accordingly, upon due consideration of the facts and law, Plaintiffs wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim with prejudice.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFFS`**